**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| INFINEON TECHNOLOGIES AUSTRIA AG, § § Plaintiff, § § v. § § VOLTERRA SEMICONDUCTOR § CORPORATION, and VOLTERRA ASIA § PTE. LTD., § § Defendants. § | | Civil Action No. 2:13-cv-684 JURY TRIAL DEMANDED |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES

The parties have engaged in a substantial amount of discovery in this matter to date. Since the scheduling conference in early April, the parties have been actively engaged in discovery, including venue discovery, core technical discovery, third party discovery, and overall discovery on merits issues including custodial and ESI discovery. In addition, the parties completed claim construction briefing, attended a hearing on October 14, 2014, and are awaiting a final claim construction ruling.

The discovery in this case is complex. It involves two separate patents and approximately thirty accused products, as well as a number of third party prior systems and references. The parties have exchanged written discovery and have nearly completed document production. Infineon has produced over 160,000 documents responsive to Volterra's ESI requests, and Volterra—which is close to finalizing its ESI production—has produced almost 70,000 documents to-date, beyond the multi-million page production it made in a prior related case that has been designated for cross-use here.

In short: the parties have been diligent in seeking discovery and complying with the court's deadlines. Despite the extensive efforts to date, and owing in part to the still-pending claim construction and transfer rulings, the parties require additional time to complete fact discovery in advance of expert reports. The parties have noticed more than two dozen depositions combinedand are working diligently to schedule those depositions. These depositions include a number of third parties whose schedules the parties are endeavoring to accommodate, and for whom scheduling has had to be arranged between both parties' counsel, the third party's counsel, and, in at least one case, the third party's former employer. The third party depositions are very important, as they relate to prior art being investigated by Volterra and Infineon has noticed a deposition of HP to provide evidence of acts of infringement and facts relating to damages. These depositions cannot reasonably be completed in the timeframe allotted, and both parties would be prejudiced if they were unable to complete fact discovery depositions in advance of expert reports and dispositive motion letter briefing.

As a result, the parties jointly request the following extensions:

| **Deadline** | **Current Date** | **Proposed Date** |
|---|---|---|
| Fact discovery cutoff | November 24, 2014 | December 12, 2014 |
| Opening expert reports | November 21, 2014 | December 19, 2014 |
| Deadline for letter briefs for dispositive motions | November 24, 2014 | December 22, 2014 |
| Rebuttal expert reports | December 22, 2014 | January 19, 2015 |
| Expert discovery cutoff | January 12, 2015 | January 30, 2015 |
| File dispositive motions or motions to strike | January 19, 2015 | February 6, 2015 |

All other dates remain unaffected by the proposed extensions, including the pretrial schedule and trial date.

Dated: October 30, 2014                    By: /s/ *David G. Wille*
                                           Jeffery D. Baxter
                                           Texas State Bar No. 24006816
                                           E-mail:  jeff.baxter@bakerbotts.com
                                           David G. Wille
                                           Texas State Bar No.  00785250
                                           E-mail:  david.wille@bakerbotts.com
                                           Aaron Davidson
                                           Texas State Bar No. 24007080
                                           E-mail:  aaron.davidson@bakerbotts.com
                                           Brian D. Johnston
                                           Texas State Bar No. 24080965
                                           E-mail:  brian.johnston@bakerbotts.com

                                           BAKER BOTTS L.L.P.
                                           2001 Ross Avenue
                                           Dallas, Texas 75201
                                           Telephone: (214) 953-6791
                                           Facsimile:  (214) 953-6503

                                           T. John Ward, Jr.
                                           Texas State Bar No. 00794818
                                           E-mail: jw@wsfirm.com
                                           J. Wesley Hill
                                           Texas State Bar No. 24032294
                                           E-mail: wh@wsfirm.com
                                           Claire Abernathy Henry
                                           Texas State Bar No. 24053063
                                           E-mail: claire@wsfirm.com

                                           WARD & SMITH LAW FIRM
                                           P.O. Box 1231
                                           Longview, Texas  75606-1231
                                           (903) 757-6400 (telephone)
                                           (903) 757-2323 (fax)

                                           **Attorneys for Plaintiff**
                                           **INFINEON TECHNOLOGIES AUSTRIA AG**

Date:  October 30, 2014                    Respectfully submitted,

By:  */s/ Edward R. Reines*

Edward R. Reines
California State Bar No. 135960
Sonal N. Mehta
California State Bar No. 222086
Anne Cappella
California State Bar No. 181402
J. Jason Lang
California State Bar No. 255642
Justin M. Lee
California State Bar No. 268310
Blake R. Davis
California State Bar No. 294360
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Tel: (650) 802-3000
Fax: (650) 802-3100
edward.reines@weil.com
sonal.mehta@weil.com
anne.cappella@weil.com
jason.lang@weil.com
justin.m.lee@weil.com
blake.davis@weil.com

Melissa Smith
Texas State Bar No. 24001351
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on October 30, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>  */s/ David G. Wille*
>  David G. Wille

**CERTIFICATE OF CONFERENCE**

I hereby certify that this Motion is entered by the agreement of the parties.

>  */s/ David G. Wille*
>  David G. Wille